**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**CINCINNATI DIVISION**

| | | |
|---|---|---|
| In Re: } | Case No. 20-11770 | |
| Robert Scott Speigle } | | |
| } | Chapter 7 | |
| Debtor } | Judge Beth A. Buchanan | |
| } | | |
| | | |
| E. Hanlin Bavely, Trustee in Bankruptcy } | Adversary Case No. 20-ap-01035 | |
| } | | |
| Plaintiff } | | |
| vs. } | | |
| } | | |
| Carvana, LLC, } | **ANSWER OF DEBTOR/DEFENDANT** | |
| } | **ROBERT SCOTT SPEIGLE** | |
| and } | | |
| } | | |
| Robert Scott Speigle, } | | |
| } | | |
| Defendants } | | |

Now comes Robert Scott Speigle, Debtor/Defendant ("Debtor"), by and through counsel, and for and as his answer to the Plaintiff's complaint filed herein, state the following:

1. Debtor admits to the allegations made in paragraphs 1 through 8 of Plaintiff's Complaint.

WHEREFORE, Debtor files this answer to protect any interest he may have in the subject vehicle of this complaint, that he may be afforded an opportunity to purchase said vehicle from the Bankruptcy Estate, that he be made apart of any agreement among the parties herein, and for all other relief as is just and proper.

Respectfully submitted,

 /s/ Arthur M. Richard III
Arthur M. Richard III (0062390)
Attorney for Debtor/Defendant Robert Scott Speigle
114 East 8th Street, Suite 400
Cincinnati, Ohio 45202
(513) 651-4357; Fax (513) 621-2525
amrlaw@fuse.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Answer was served **electronically** on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email address registered with the court and by **first class mail** on October 15, 2020, addressed to:

Robert Scott Speigle
10531 Windingway Dr
Harrison, OH 45030

 /s/ Arthur M. Richard III
Arthur M. Richard III (0062391)
Attorney for Debtor/Defendant Robert Scott Speigle